

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:06-CR-00223-T-26TBM
21 U.S.C. § 846
RENE ESPINOZA,   21 U.S.C. § 841(a)(1)
RUBEN ESPINOZA,   18 U.S.C. § 924(c)(1)(A)
and,
CARLOS ROSAS

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

From an unknown date in April, 2006, through on or about April 27, 2006,

in the Middle District of Florida and elsewhere, the defendants,

**RENE ESPINOZA,
RUBEN ESPINOSA,
and,
CARLOS ROSAS,**

did knowingly and willfully conspire and agree, to possess with intent to distribute 500

grams or more of a mixture or substance containing a detectable amount of cocaine, a

controlled substance, contrary to the provisions of Title 21, United States Code, Section

841(a)(1).

All in violation of Title 21, United States Code, Sections 846 and

841(b)(1)(B)(ii)(II).

1

## COUNT TWO

On or about April 27, 2006, in the Middle District of Florida, the defendants,

**RENE ESPINOZA,
RUBEN ESPINOSA,
and,
CARLOS ROSAS,**

knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)(II) and Title 18, United States Code, Section 2.

## COUNT THREE

On or about April 27, 2006, in the Middle District of Florida, the defendant,

**CARLOS ROSAS,**

knowingly and willfully carried a firearm during and in relation to a drug trafficking crime, namely, the offense of conspiracy to distribute cocaine, as charged in Count One.

In violation of Title 18, United States Code, Sections 924(c)(1)(A), 924(c)(1)(A)(i), and 2.

## FORFEITURES

The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

1. From their engagement in any or all of the violations alleged in Counts One and Two of this Indictment, punishable by imprisonment for more than one year, defendants

**RENE ESPINOZA,
RUBEN ESPINOSA,
and,
CARLOS ROSAS,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), all of their right, title, and interest the following:

   a. All property constituting and derived from any proceeds the defendant obtained, directly or indirectly, as the result of such violations; and

   b. All property used and intended to be used in any manner or part to commit or to facilitate the commission of such violations.

2. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL,

*Darlyan M. Stevens*
Foreperson

PAUL I. PEREZ
United States Attorney

By: _____
JAMES A. MUENCH
Assistant United States Attorney

By: _____
JAMES C. PRESTON
Assistant United States Attorney
Deputy Chief, Narcotics Section

FORM OBD-34
APR 1991

No. 8:06-CR

# UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

RENE ESPINOZA,
RUBEN ESPINOZA,
and,
CARLOS ROSAS

## INDICTMENT

Violations:

Title 21, United States Code, Section 846 - Count 1
Title 21, United States Code, Section 841(a)(1) - Count 2
Title 18, United States Code, Section 924(c)(1)(A)

A true bill,

_Marilyn M. Stevens_
Foreperson

Filed in open court this 7th day of June, A.D. 2006.

_____
Clerk

Bail $ _____

FILED

06 JUN 7 PM 12: 25

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

GPO 863 525