BOND RECOMMENDATION: Detention                              JAM/vca

AO 442 (Rev.5/85) Warrant for Arrest

# United States District Court

MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

v.

CASE NUMBER: 8:06-CR-00223-T-26T3M

RUBEN ESPINOZA
**To: The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest RUBEN ESPINOZA and bring him forthwith to the nearest

magistrate to answer a(n) ☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐

Probation Violation Petition charging him with Conspiracy to Possess with Intent to Distribute 500 Grams or More

of Cocaine, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

**Sheryl L. Loesch**                          **Clerk, United States District Court**

Name & Title of Judicial Officer              Title of Issuing Officer
Clerk, U.S. District Court
                                              6/7/06   Tampa, FL

Signature of Issuing Officer                  Date and Location

(By) Deputy Clerk

Bail fixed at $ _____        by _____

                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED 6/8/06 | NAME AND TITLE OF ARRESTING OFFICER TFA KRLS G/LRW | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6/1/06 | | |